UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTOINE RA'ID BEY,

    Plaintiff,

v.                                            Case No. 18-C-1987

MILWAUKEE COUNTY JAIL, et al.,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

Petitioner Antoine Ra'id Bey filed a petition for writ of habeas corpus on behalf of Phillip E. Cochran pursuant to 28 U.S.C. § 2254. On December 19, 2018, Magistrate Judge Nancy Joseph screened his petition and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the petition be dismissed. Bey has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the court adopts the Report and Recommendation of the Magistrate Judge and orders the petition **DISMISSED**. Petitioner's motion to proceed without prepayment of the filing fee (ECF No. 7) is **DENIED as moot**. A certificate of appealability is **DENIED**. I do not believe that reasonable jurists would believe that Petitioner made a substantial showing of the denial of a constitutional right. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** this  4th  day of January, 2019.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach, Chief Judge
                                                             United States District Court